No. 82.   INTERNATIONAL HARVESTER CREDIT CORP. ET AL. v. GOODRICH ET AL., CONSTITUTING THE STATE TAX COMMISSION OF NEW YORK.   Appeal from the Court of

Appeals of New York. Probable jurisdiction noted. *John Lord O'Brian* for appellants.